Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*December 18, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §   Criminal No. 4:21-cr-0578-S1 |
| FREDRICK JERMAINE DUNBAR<br>KHWAJA MANSOOR MUNIR | § § § § |

**SEALED SUPERSEDING INDICTMENT**

The GRAND JURY CHARGES THAT:

**Count One**
(Conspiracy to Possess with Intent to Distribute a Controlled Substance)

From on or about January 10, 2020 to on or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendants

FREDRICK JERMAINE DUNBAR
and
KHWAJA MANSOOR MUNIR

did knowingly and intentionally conspire and agree with each other and others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance. The controlled substances involved were:

1. 500 gram or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl ) -4-piperidinyl ] propenamide ("fentanyl"), a Schedule II controlled substance.

    3.    1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, § 846.

## Methamphetamine

With respect to defendant FREDRICK JERMAINE DUNBAR and KHWAJA MANSOOR MUNIR the amount involved in the conspiracy attributable to each as a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(b)(1)(A).

## Fentanyl

With respect to defendant KHWAJA MANSOOR MUNIR the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him is 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl ) -4-piperidinyl ] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(b)(1)(A).

## Heroin

With respect to defendant FREDRICK JERMAINE DUNBAR and KHWAJA MANSOOR MUNIR the amount involved in the conspiracy attributable to each as

a result of their own conduct and the conduct of other conspirators reasonably foreseeable to them is 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(b)(1)(A).

### Count Two
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about January 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 82 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, § 2.

### Count Three
(Felon in Possession of a Firearm)

On or about January 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: on June 17, 2014 in Criminal No. 142777301010

3

in the 208th District Court of Harris County, Texas FREDRICK JERMAIN DUNBAR was convicted of manufacture/delivery of cocaine, did knowingly possess a firearm, to-wit: a Hawk Industries, Model Pardner Pump, 12-gauge shotgun bearing serial number NZ573429, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8).

## Count Four
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about January 22, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 52 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

## Count Five
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about January 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants

FREDRICK JERMAINE DUNBAR<br>and<br>KHWAJA MANSOOR MUNIR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 933 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

<b><u>Count Six</u></b><br>(Felon in Possession of a Firearm)

On or about January 29, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: on June 17, 2014 in Criminal No. 142777301010 in the 208th District Court of Harris County, Texas FREDRICK JERMAINE DUNBAR was convicted of manufacture/delivery of cocaine, did knowingly possess a firearm, to-wit: an Anderson Manufacturing, model AM-15 rifle with serial number 19183505 and a Good Time Outdoor Inc., model Core-15 rifle with serial number GTOC077044, said firearms having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8).

**Count Seven**
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about February 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute less than 50 grams, that is, approximately 27 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

**Count Eight**
(Possession with Intent to Distribute a Controlled Substance)
(Heroin)

On or about February 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants

FREDRICK JERMAINE DUNBAR
and
KHAWAJA MANSOOR MUNIR

did knowingly and intentionally possess with the intent to distribute less than 100 grams, that is, approximately 75 grams, of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

## Count Nine
(Felon in Possession of a Firearm)

On or about February 10, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: on June 17, 2014 in Criminal No. 142777301010 in the 208th District Court of Harris County, Texas FREDRICK JERMAINE DUNBAR was convicted of manufacture/delivery of cocaine, did knowingly possess a firearm, to-wit: a Norinco, Model SKS, 7.62 x 39 caliber rifle with serial number 220952, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8).

## Count Ten
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about April 22, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 2,013 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

### Count Eleven
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about April 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 83 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

### Count Twelve
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute less than 50 grams, that is, approximately 24 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

### Count Thirteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 54 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

### Count Fourteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 5, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 984 grams, of a mixture or substance containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

## Count Fifteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute less than 50 grams, that is, approximately 26 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

## Count Sixteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 6, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 111 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

### Count Seventeen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 7, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute less than 50 grams, that is, approximately 27 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

### Count Eighteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 11, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 555 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

## Count Nineteen
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 11, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 292 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

## Count Twenty
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 12, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute less than 50 grams, that is, approximately 21 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

## Count Twenty-One
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 13, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 2,989 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

## Count Twenty-Two
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 28, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 968 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

### Count Twenty-Three
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about June 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 690 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

### Count Twenty-Four
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about July 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly and intentionally possess with the intent to distribute 50 grams or more, that is, approximately 221 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, § 2.

## Count Twenty-Five
(Felon in Possession of a Firearm)

On or about July 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to-wit: on June 17, 2014 in Criminal No. 142777301010 in the 208th District Court of Harris County, Texas FREDRICK JERMAINE DUNBAR was convicted of manufacture/delivery of cocaine, did knowingly possess a firearm, to-wit: a Ruger model SR40, .40 caliber pistol bearing serial number 342-69579, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8).

### Count Twenty-Six
(Possession of Firearm in Furtherance of Drug Trafficking Crime)

On or about July 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant

FREDRICK JERMAINE DUNBAR

did knowingly possess a firearm, that is, a Ruger model SR40, .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine charged in Count Twenty-Four.

In violation of Title 18, United States Code, §§ 924(c)(1)(A) and (i).

### Count Twenty-Seven
(Possession with Intent to Distribute a Controlled Substance)
(Methamphetamine)

On or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

KHWAJA MANSOOR MUNIR

did knowingly and intentionally possess with the intent to distribute 500 grams or more, that is, approximately 7,036 grams, of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

**Count Twenty-Eight**
(Possession with Intent to Distribute a Controlled Substance)
(Fentanyl)

On or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

KHWAJA MANSOOR MUNIR

did knowingly and intentionally possess with intent to distribute 400 grams or more, that is, approximately 4,742 grams, of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

**Count Twenty-Nine**
(Possession with the Intent to Distribute a Controlled Substance)
(Heroin)

On or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

KHWAJA MANSOOR MUNIR

did knowingly and intentionally possess with intent to distribute 1 kilogram or more, that is, approximately 5.2 kilograms, of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, § 2.

### Count Thirty
(Possession with Intent to Distribute a Controlled Substance)
(Cocaine)

On or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

KHWAJA MANSOOR MUNIR

did knowingly and intentionally possess with intent to distribute less than 500 grams, that is, approximately 391 grams, of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, § 2.

### Count Thirty-One
(Possession of Firearm in Furtherance of Drug Trafficking Crime)

On or about May 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant

KHWAJA MANSOOR MUNIR

did knowingly possess a firearm, that is, a Smith & Wesson Taurus, 40 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine charged in Count Twenty-Seven, possession with intent to distribute fentanyl charged in Count Twenty-Eight, possession with intent

to distribute heroin charged in County Twenty-Nine and possession with intent to distribute cocaine charged in Count Thirty.

In violation of Title 18, United States Code, §§ 924(c)(1)(A) and (i).

A TRUE BILL

Original Signature on File
Foreperson of the Grand Jury

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_Anibal J. Alaniz_
Anibal J. Alaniz
Assistant United States Attorney

_Casey N. MacDonald_
Casey N. MacDonald
Assistant United States Attorney