# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:21−cr−00578

Khwaja Mansoor Munir

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/26/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   June 20, 2025

Nathan Ochsner, Clerk