## SENTENCE DATA SHEET

**DEFENDANT:** Khwaja Mansoor Munir

**CRIMINAL NO:** 4:21-cr-0578-S1

**GUILTY PLEA:** Count 1 – Conspiracy to Possess with Intent to Distribute more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 USC §§ 841(a)(1) and 841(b)(1)(A).

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) the Defendant will plead guilty to Count 1 of the Superseding Indictment and:

(a) The United States will move to dismiss the remaining counts of the superseding indictment and original indictment at the time of sentencing;

(b) If the Court determines that Defendant qualifies for an adjustment under § 3E1.1(a) of the United States Sentencing Guidelines, and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction because Defendant timely notified authorities of his or her intent to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources more efficiently.

**ELEMENTS:**

1. That the defendant knowingly entered into an agreement with at least one other person to possess with the intent to distribute a controlled substance;

2. That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further its unlawful purpose;

3. That the overall scope of the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine; and

4. That the defendant knew or reasonably should have known that the scope of the conspiracy involved at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine.

**PENALTY:** Not less than 10 years and up to life in prison; a fine not to exceed $10,000,000; supervised release term of not less than 5 years; and a $100 special assessment.

**SENTENCING GUIDELINES:** Advisory

**SUPERVISED RELEASE:** Not less than 5 years

**CITIZENSHIP:** England